1
2
3
4
5
6
7

FILED
CLERK, U.S. DISTRICT COURT

September 23, 2014

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ TS _____ DEPUTY

8      UNITED STATES DISTRICT COURT
9      CENTRAL DISTRICT OF CALIFORNIA
10     EASTERN DIVISION

| | |
|---|---|
| 11 ISMAEL MOLINA, | No. ED CV 14-01487-BRO (DFM) |
| 12     Petitioner, | |
| 13     v. | Order Accepting Findings and Recommendation of United States Magistrate Judge |
| 14 E. VALENZUELA, Warden, | |
| 15     Respondent. | |
| 16 | |

17

18          Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition, the
19   other records on file herein, and the Report and Recommendation of the
20   United States Magistrate Judge. Petitioner has not filed any written objections
21   to the report. The Court accepts the findings and recommendation of the
22   Magistrate Judge.
23   ///
24   ///
25   ///
26   ///
27   ///
28   ///

1    IT IS THEREFORE ORDERED that Judgment be entered dismissing

2    this action with prejudice.

3

4    Dated: September 23, 2014

5                                    _____

6                                    BEVERLY REID O'CONNELL
                                     United States District Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28