JS-6/ENTER

ENTERED
CLERK, U.S. DISTRICT COURT
September 23, 2014
CENTRAL DISTRICT OF CALIFORNIA
BY: TS DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
September 23, 2014
CENTRAL DISTRICT OF CALIFORNIA
BY: TS DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ISMAEL MOLINA, | No. ED CV 14-01487-BRO (DFM) |
| Petitioner, | JUDGMENT |
| v. | |
| E. VALENZUELA, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that that this action is dismissed with prejudice.

Dated: September 23, 2014

_____
BEVERLY REID O'CONNELL
United States District Judge